SO ORDERED.

SIGNED this 2nd day of September, 2016.

                                              BENJAMIN A. KAHN
                                 UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-11-80625 C-13D |
| Jennifer Stephanie Brown | ) | |
| | ) | |
| Debtor | ) | |

### ORDER SUSTAINING OBJECTION TO CLAIM

      On August 18, 2016, a hearing was held on the Debtor's Objection to the arrearage claim filed by Freedom Mortgage Corporation ("FMC") secured by the Debtor's real property. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor and Richard M. Hutson, Esq., Standing Trustee appeared. The Objection was duly served upon FMC and notice of hearing was properly provided and no response has been filed by FMC. The Court, after considering the Objection in this matter and having heard and considered the statements of counsel, finds that the Objection should be sustained in the amount of $773.15; therefore, it is ORDERED:

      1.     The Debtor's objection to the arrearage claim of FMC in the amount of $773.15 is sustained.

      2.     John T. Orcutt, Esq. is allowed attorney's fees of $250.00 for services rendered in the filing of this motion and said fee shall be paid through the Debtors' plan from funds on hand.

      3.     The allowed pre-petition arrearage claim of FMC is reduced by $773.15 plus $250.00 for attorney's fees allowed herein for a total reduction of $1,023.15.

END OF DOCUMENT

**PARTIES TO BE SERVED**
Page 1 of 1
B-11-80625 C-13D

Jennifer Stephanie Brown
111 Knightwood Drive
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC  27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

William P. Miller
U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Sean M. Corcoran, Esq.
5121 Parkway Plaza Blvd., Ste. 300
Charlotte, NC 28217